UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

FILED
JAN 1 9 2010
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR08-10053 |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| vs. | |
| NIKOLAS JAMES BERBOS, | |
| Defendant. | |

This Court entered a Preliminary Order of Forfeiture on July 23, 2009, ordering Defendant to forfeit certain property (the Subject Property), specified as:

(1) a Weatherby, Mark V, 300 Win Mag rifle, bearing serial number H202087;

(2) a Benelli, Model Super Black Eagle 12 gauge shotgun, bearing serial number U122871; and

(3) a Barret, Model 821A, .50 caliber rifle bearing serial number 21490, along with the attachments, case and ammunition.(a) Beretta 9mm handgun, bearing serial #BER073306Z, with magazine.

Notice of the Preliminary Order of Forfeiture was given by publication from November 1, 2009, through and including November 30, 2009, and personal notice given to Derek Shoenfelder. No timely claim has been filed.

The Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 924.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-described Subject Property is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 924.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

DATED: 1-11-2010

BY THE COURT:

RICHARD H. BATTEY
Senior United States District Judge

ATTEST:
Joseph Haas, Clerk

By: _____
Deputy Clerk